# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARCUS RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:11-cv-161-JMS-WGH |
| ) | |
| DICK BROWN, et al., ) | |
| ) | |
| Defendants. ) | |

## Entry Discussing Selected Matters

### I.

The plaintiff's request for a copy of the docket sheet [60] is **granted**. A copy of the requested material shall be included with the plaintiff's copy of this Entry.

### II.

The plaintiff's motion for summary judgment on the pleadings [59] is **denied.** The reason for this ruling is that the motion does not establish under the standards of either Rule 12(c) or Rule 56(a) of the *Federal Rules of Civil Procedure* that the plaintiff is entitled to judgment as a matter of law. Specifically, it cannot be determined from the motion that the plaintiff did suffer the loss of a protected liberty interest impacting the duration of his anticipated confinement and it likewise cannot be determined that any of the defendants is liable to the plaintiff for the deprivation of a protected liberty or property interest which impacted on the duration of his anticipated confinement. Further development of the record is necessary.

**IT IS SO ORDERED.**

08/31/2012

**Date:** _____

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MARCUS RICHARDSON
DOC #944814
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. BOX 1111
CARLISLE, IN 47838

All Electronically Registered Counsel