## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARCUS RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    2:11-cv-161-JMS-WGH |
| | ) |
| DICK BROWN, et al., | ) |
| | ) |
| Defendants. | ) |

## Entry Discussing Selected Matters

### I.

The plaintiff's filing of August 30, 2012, makes it unmistakably clear that the plaintiff maintains that the anticipated duration of his confinement has been extended by 30 days as a result of the due process violation(s) he claims in this action.

In *Wilkinson v. Dotson*, 544 U.S. 74, 81–82 (2005), the Court explained:

> [A] state prisoner's § 1983 action is barred (absent prior invalidation) no matter the relief sought sought (damages or equitable relief), no matter the target of the prisoner's suit (state conduct leading to conviction or internal prison proceedings)—*if* success in that action would necessarily demonstrate the invalidity of confinement or its duration.").

It is therefore of no consequence that the plaintiff does not seek the restoration of good-time in this case. This was correctly explained in the Entry of September 6, 2012, and for this reason the plaintiff's motion for relief from judgment [66] is **denied**.

**II.**

The motion to require the defendants to file a response to the plaintiff's motion for summary judgment [67] is **denied** because the motion for summary judgment to which the referenced motion pertains is no longer pending. That motion was denied on August 31, 2012.

**III.**

Directions in Part III of the Entry of September 6, 2012, remain in effect.

**IT IS SO ORDERED.**

Date: 09/14/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Marcus Richardson
DOC #944814
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838

All Electronically Registered Counsel